IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNDIA WISNIEWSKI and<br>THOMAS WISNIEWSKI<br><br>   Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>   Defendants. | :<br>:<br>: CIVIL ACTION NO. 02-CV-3479<br>:<br>:<br>:<br>:<br>: ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

  Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____  _____
Hope S. Freiwald          Aline Fairweather

_____  _____
Alison T. Conn           Kirstin J. Miller

Dated: July 25, 2002       DECHERT PRICE & RHOADS
                   4000 Bell Atlantic Tower
                   1717 Arch Street
                   Philadelphia, PA 19103-2793
                   (215) 994-4000